

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2018

No. 04-18-00520-CV

**IN THE INTEREST OF N.R.T, C.C.T., A.T., CHILDREN,**

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-59
The Honorable Selina Nava Mireles, Judge Presiding

# O R D E R

Appellant's brief was due September 4, 2018. On September 7, 2018, appellant filed a "Corrected Motion for Additional Records and to Extend Time to File Appellant's Brief," requesting an extension of time to file her brief because the reporter's record is not complete. In her motion, appellant states a copy of the record from the trial proceedings held on September 15, 2017 has not been filed in this court. A review of the clerk's record indicates trial proceedings occurred on several dates, including September 15, 2017, and copy of the reporter's record for that day has not been filed.

Based on the foregoing, we **GRANT** appellant's request for an extension of time, and we **ORDER** the court reporter, Mary Buitron, to file the missing portion of the reporter's record **on or before September 18, 2018.** The court reporter is reminded that by statute, this appeal is accelerated, **and is to take precedence over other matters**. TEX. FAM. CODE ANN. § 109.002(a-1) (West Supp. 2017). Moreover, strict deadlines exist with regard to disposal of appeals dealing with termination of parental rights — specifically, the appellate court must dispose of the appeal within 180 days of the date the notice of appeal is filed in the trial court. Appellant's brief is due twenty (20) days after the reporter's record is filed.

We order the clerk of this court to serve a copy of this order on all counsel and the court reporter, Mary Buitron.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2018.



KEITH E. HOTTLE,
Clerk of Court